# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| THE JOHN ERNEST LUCKEN REVOCABLE TRUST, and JOHN LUCKEN and MARY LUCKEN, Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>HERITAGE BANCSHARES GROUP, INC., HERITAGE BANK NATIONAL ASSOCIATION, THOMAS GEIGER and GARY GEIGER, directors of Heritage Bank, ROBERT MATHIASEN, Chief Credit Officer of Heritage Bank, and DOES 1-100,<br><br>Defendants. | No. C16-4005-MWB<br><br>**ORDER REGARDING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL AND MOTION TO FILE OVER LENGTH BRIEF** |

_____

This case is before me on defendants' Motion to File Documents Under Seal and Motion To File Over Length Brief (docket no. 64). In their Motion to File Documents Under Seal, defendants seek to file their appendix in support of their Motion for Summary Judgment under seal because the appendix contains confidential information subject to a protective order. Defendants' Motion is granted. Defendants are granted permission to file their appendix under seal.

In their Motion To File Over Length Brief, defendants seek to file an over length brief in support of their Motion for Summary Judgment because of the numerous issues that will have to be addressed in their brief. Defendants represent in their motion that plaintiffs do not resist their request to file an overlength brief. Defendants' Motion To File Over Length Brief is granted.

**IT IS SO ORDERED**.

**DATED** this 22nd day of March, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA