# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

THE JOHN ERNEST LUCKEN REVOCABLE TRUST, and JOHN LUCKEN and MARY LUCKEN, Trustees,

Plaintiffs,

vs.

HERITAGE BANCSHARES GROUP, INC., HERITAGE BANK NATIONAL ASSOCIATION, THOMAS GEIGER and GARY GEIGER, directors of Heritage Bank, ROBERT MATHIASEN, Chief Credit Officer of Heritage Bank, and DOES 1-100,

Defendants.

No. C16-4005-MWB

**ORDER REGARDING PLAINTIFFS' UNRESISTED MOTION FOR EXTENSION OF TIME TO FILE RESISTANCE TO MOTION FOR SANCTIONS AND RESISTANCE TO MOTION FOR SUMMARY JUDGMENT**

_____

This case is before me on plaintiffs' Unresisted Motion for Extension Of Time To File Resistance To Motion for Sanctions and Resistance To Motion for Summary Judgment (docket no. 76). Plaintiffs represent that defendants do not resist their request for extensions. Plaintiffs' motion is granted. Plaintiffs shall file their response to defendants' Motion for Sanctions on or before April 7, 2017 and defendants' Motion for Summary Judgment on or before April 19, 2017.

**IT IS SO ORDERED**.

**DATED** this 29th day of March, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA