# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| THE JOHN ERNEST LUCKEN REVOCABLE TRUST, and JOHN LUCKEN and MARY LUCKEN, Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>HERITAGE BANCSHARES GROUP, INC., HERITAGE BANK NATIONAL ASSOCIATION, THOMAS GEIGER and GARY GEIGER, directors of Heritage Bank, ROBERT MATHIASEN, Chief Credit Officer of Heritage Bank, and DOES 1-100,<br><br>Defendants. | No. C16-4005-MWB<br><br>**ORDER REGARDING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL AND MOTION TO FILE OVERLENGTH REPLY BRIEF** |

_____

This case is before me on defendants' Motion to File Documents Under Seal and Motion to File Overlength Reply Brief (docket no. 90). In their Motion to File Documents Under Seal, defendants seek to file their supplemental appendix in support of their Motion for Summary Judgment under seal because the appendix contains confidential information subject to a protective order. Defendants' motion is granted. Defendants are granted permission to file their appendix under seal.

In their Motion To File Over Length Reply Brief, defendants seek to file an over length reply brief in support of their Motion for Summary Judgment because of the numerous issues that will have to be addressed. Defendants represent that plaintiffs do not resist their request to file an overlength reply brief. Defendants' Motion to File Overlength Reply Brief is granted.

**IT IS SO ORDERED**.

**DATED** this 5th day of May, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2

Case 5:16-cv-04005-MWB-KEM   Document 93   Filed 05/05/17   Page 2 of 2