# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| THE JOHN ERNEST LUCKEN REVOCABLE TRUST, and JOHN LUCKEN and MARY LUCKEN, TRUSTEES,<br><br>Plaintiffs,<br><br>vs.<br><br>HERITAGE BANCSHARES GROUP, INC., and HERITAGE BANK NATIONAL ASSOCIATION,<br><br>Defendants. | No. C16-4005-MWB<br><br>**ORDER SETTING POST-TRIAL DEADLINES** |

_____

The following deadlines are established, pursuant to the parties' agreement, for post-trial filings in this matter:

- Plaintiffs' resistance to Defendants' Motion for Judgment as a Matter of Law is due by April 27, 2018. Any reply is due by May 4, 2018.

- A renewed motion for judgment as a matter of law/new trial is due by May 11, 2018. Any resistance is due by May 25, 2018, and any reply by June 1, 2018.

- Motions for attorney fees/costs are due by April 27, 2018. Any resistance is due by May 14, 2018, and any reply by May 21, 2018.

- Plaintiffs' brief on Unjust Enrichment/Rescissions is due by May 11, 2018. Any resistance is due by May 25, 2018, and any reply by June 1, 2018.

- Defendants' brief on Set-Off is due by May 14, 2018. Any resistance is due by May 28, 2018, and any reply by June 4, 2018.

**IT IS SO ORDERED.**

**DATED** this 20th day of April, 2018.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2