IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| THE JOHN ERNEST LUCKEN REVOCABLE TRUST, and JOHN LUCKEN and MARY LUCKEN, Trustees and Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HERITAGE BANCSHARES GROUP, INC., and HERITAGE BANK NATIONAL ASSOCIATION,<br><br>Defendants. | No. C16-4005-MWB<br><br>AMENDED JUDGMENT |

DECISION BY COURT. This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Amended Judgment is hereby entered against Defendants, Heritage Bancshares Group, Inc., and Heritage Bank National Association and in favor of the Plaintiffs, The John Ernest Lucken Revocable Trust, and John Lucken and Mary Lucken, in the following amounts:

(A) Compensatory Damages
    for "fraudulent misrepresentation": $500,000
    for an "unlawful tying arrangement": $135,000
(B) Punitive Damages: $4,000,000
(C) Pre-Filing, Pre-Judgment, and Post-Judgment Interest
(D) Attorney Fees: $70,665

Dated: 8/22/2018

ROBERT L. PHELPS
Clerk
  /s/ des
(By) Deputy Clerk

APPROVED BY:

*[Signature: Mark W. Bennett]*

_____
MARK W. BENNETT
U. S. District Court Judge